UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Eric Lamont Salvant     Docket No. 5:25-CR-48-1M

**Petition for Action on Conditions of Pretrial Release**
Hearing Requested

COMES NOW Stephen W. Larson, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Eric Lamont Salvant, who was placed under pretrial release supervision by the Honorable Kimberly A. Swank, U.S. Magistrate Judge, sitting in the Court at Greenville, on the 13th day of March, 2025.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

As a condition of release, the defendant was placed in the custody of Tannequa Sauls in Greenville, North Carolina. As of April 11, 2025, the defendant no longer resides with the third-party custodian, and Sauls is no longer willing to serve as the third-party custodian. The defendant is currently residing in a motel located in Greenville, North Carolina. Additionally, Salvant has made no known effort to seek gainful employment. However, the defendant has remained in compliance with his Location Monitoring/Curfew with GPS.

**PRAYING THAT THE COURT WILL ORDER** that a bond hearing be scheduled to determine if the defendant's bond should be revoked. The clerk shall provide a copy of the petition to the U.S. Attorney's Office.

Reviewed and approved,     I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dewayne L. Smith
Dewayne L. Smith
Supervising U.S. Probation Officer

/s/ Stephen W. Larson
Stephen W. Larson
U.S. Probation Officer
150 Reade Circle
Greenville, NC 27858-1137
Phone: 252-830-2343
Executed On: April 14, 2025

**ORDER OF THE COURT**

Considered and ordered the 14th day of April, 2025, and ordered filed and made part of the records in the above case.

Kimberly A. Swank
U.S. Magistrate Judge