IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:25-CR-00048-M

UNITED STATES OF AMERICA,

     Plaintiff,

v.

ERIC LAMONT SALVANT,

     Defendant.

ORDER

This matter comes before the court on Defendant's Motion for Leave to File, DE 42, and Motion to Seal, DE 44. For good cause shown, both motions are GRANTED. The court has received the proposed sealed document, DE 43, and will carefully read and consider it prior to Defendant's sentencing hearing. The Clerk of the Court shall maintain DE 43 under seal until further order of the court.

SO ORDERED this __25th__ day of February, 2026.

_____
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE